

# Da Vinci's Notebook, LLC

9000 Mike Garcia Dr. No.52
Manassas, VA 20109
Phone: 703-581-9562

*Via ECF*

April 12, 2022

C.J. Williams, Judge.
U.S. District Court for the Northern District of Iowa
111 Seventh Avenue SE.
Cedar Rapids, IA 52401

    RE: An Apology to the Court and Opposing Counsel
    Case: 5:21-cv-4024

I am writing to apologize to this Court, opposing counsel, my local counsel – as well as all concerned. It was not my intention to disregard the rules, but rather, I was merely acting in accordance with what my experience led me to believe was correct.

I am embarrassed that I did not review the entirety of the order of Dkt. 69, but merely assumed that the entirety of the order consisted of the Docket Heading. Having now reviewed the entirety of the order, I would like to thank this Court for its restraint concerning my conduct.

Please accept this apology, and please believe that I will try my utmost not to tax the hospitality of this Court, which welcomed me as a guest.

I am sorry.

    Best Regards,

    *M. Keith Blankenship*

    M. Keith Blankenship

CERTIFICATE OF SERVICE

I hereby certify that on this date I have filed electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notice of such filing to the counsel of record who are registered with the CM/ECF system.

By : _____
M. Keith Blankenship