UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| LANEY MARIE GRINER and SAM GRINER<br><br>Plaintiffs,<br><br>- against -<br><br>STEVEN ARNOLD KING, KING FOR CONGRESS, and DOES 1-10.<br><br>Defendants. | Case No.: 5:21-cv-04024-CJW-MAR |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, please take notice that Plaintiffs Laney Marie Griner and Sam Griner hereby move this Court to reconsider its order on the parties' cross-motions for summary judgment with respect to (1) its finding in favor of Defendant Steve King on Laney Griner's claim for copyright infringement, and (2) it not ruling on Plaintiff's motion to adjudicate Defendants' affirmative defenses. As for point (1), in the alternative, Plaintiffs request leave to file their proposed Second Amended Complaint.

For the reasons set forth in the accompanying Memorandum of Law, Plaintiff requests that the Court reconsider its Order as set forth above.

Plaintiffs base their motion on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support, the pleadings and submissions in this case, and their proposed Second Amended Complaint.

| | |
|---|---|
| Dated: August 16, 2022 | Respectfully submitted:<br>By: /s/ *Michael D. Steger*<br><br>Michael D. Steger<br>*Admitted Pro Hac Vice* |

michael@donigerlawfirm.com
DONIGER / BURROUGHS
30 Ramland Road, Suite 201
Orangeburg, New York 10962
(646) 517-0600
(845) 638-2707 (fax)

Stephen M. Doniger
*Admitted Pro Hac Vice*
Stephen@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
(310) 590-1820

William J. Hale
HaleW@goosmannlaw.com
Goosmann Law Firm
410 5th Street
Sioux City, Iowa 51101
(712) 226-4000
*Attorneys for Plaintiffs Laney Marie Griner and Sam Griner*