# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| LANEY MARIE GRINER and SAM GRINER,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVEN ARNOLD KING and KING FOR CONGRESS,<br><br>Defendants. | No. 21-CV-4024 CJW-MAR<br><br>**ORDER RESCHEDULING TRIAL AND FINAL PRETRIAL CONFERENCE** |

_____

On August 16, 2022, the Court held a telephonic status conference to inform the parties that due to conflicts with the Court's calendar, the trial in this matter had to be moved. The parties agreed to a trial date of November 14, 2022, date certain.

**IT IS ORDERED** the trial for this matter is rescheduled to begin on **Monday, November 14, 2022, in Sioux City, Iowa, date certain.**

The telephonic final pretrial conference is rescheduled to **Monday, October 31, 2022, at 9:00 a.m.** The parties will access the Court's conference bridge by dialing 1-669-254-5252; Meeting ID: 160 7066 1127; Press # key when prompted for participant ID; Passcode: 263603. At the FPTC, the parties should be prepared to argue all pretrial motions, evidentiary issues, and procedural disputes.

The trial management order (Doc. 50) will continue to govern this case with the new final pretrial conference and trial dates substituted; all deadlines established in the trial management order shall be calculated from the substituted final pretrial conference and trial dates.

**IT IS SO ORDERED** this 17th day of August, 2022.

_____
C.J. Williams
United States District Judge
Northern District of Iowa