# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| LANEY AND SAM GRINER, Plaintiffs, vs. STEVEN KING, KING FOR CONGRESS, Defendants. | **HEARING MINUTES**    Sealed: No <br> Case No.: 21-cv-4024 <br> Presiding Judge: C.J. Williams <br> Deputy Clerk: Prateek Viswanathan <br> Official Court Record: Sarah Dittmer    Contract? No <br> Contact Information: reportingwhereur@gmail.com |

| Date: | 11/16/2022 | Start: | 8:30 AM | Adjourn: | 4:46 PM | Courtroom: | 3 | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | 8:55 AM – 9:02 AM, 10:33 AM - 10:50 AM, 12:01 PM - 1:05 PM, 2:51 PM – 3:11 PM, | | | | Time in Chambers: | --- | Telephonic? | No |
| Appearances: | Plaintiff: | Steven Doniger, Michael Steger, Michael Hale | | | | | | |
| | Defendant: | Michael Blankenship | | | | | | |
| | US Probation: | --- | | | | | | |
| | Interpreter: | --- | | | Language: --- | Certified: --- | Telephone: | --- |
| **TYPE OF PROCEEDING:** | | IS THE HEARING | Contested? | Yes | Continued from a previous date? | | | Yes |
| **TRIAL:** | Jury: X | Non-jury: | Day: 3 | | | | | |

| | | |
|---|---|---|
| | Motion(s): | ---    Ruling: --- |
| | Time: | Event: |
| | 8:30 AM – 8:55 AM | Met outside the presence of the jury <ul><li>The Court and parties discussed revised jury verdicts.</li><li>Court and parties discussed evidence/opening-the-door issues.</li></ul> |
| | 8:55 AM – 9:02 AM | Brief recess taken |
| | 9:02 AM – 10:33 AM | The jury reconvened. <br> Plaintiffs present evidence. <ul><li>Resumed cross examination of Laney Griner</li></ul> Met outside the presence of the jury <ul><li>Evidence discussions</li></ul> |
| | 10:33 AM - 10:50 AM | Recess |
| | 10:50 AM – 12:01 PM | Met outside the presence of the jury <br> Jury reconvened <ul><li>Resume cross examination of Laney Griner</li></ul> Met outside presence of the jury |
| | 12:01 PM - 1:05 PM | Recess |
| | 1:05 PM – 2:51 PM | Met outside the presence of the jury <br> Convened the jury at 1:18 PM <ul><li>Concluded cross examination of Laney Griner at 2:47 PM</li><li>Conducted Redirect Laney at 2:47 PM – 2:48 PM</li></ul> Dismissed the jury <br> Met outside the presence of the jury |
| | 2:51 PM – 3:11 PM | Recess |
| | 3:11 PM – 4:46 PM | Convene jury at 3:11 PM <ul><li>Concluded redirect examination of Laney (3:11 PM – 3:12 PM)</li><li>Conducted recross-examination of Laney Griner (3:12 PM – 3:13 PM)</li><li>Conducted direct examination of Steven King (3:14 PM – 4:08 PM)</li></ul> |

|  |  |  |
|---|---|---|
|  |  | <ul><li>Conducted cross examination of Steven King (4:09 PM – 4:23 PM)</li><li>Conducted redirect examination of Steven King (4:23 PM – 4:25 PM)</li></ul>Sent the jury home at 4:28 PM<br>Met outside the presence of the jury<ul><li>Defendant moved for directed verdict for Steven King in personal capacity for both claims.  The Court denied this motion.</li><li>Plaintiff moved for directed verdict for the affirmative defenses. The Court granted-in-part this motion for the affirmative defense of implied license, but denied-in-part this motion for the affirmative defenses of abandonment and fair use.</li><li>The Court discussed revisions to jury instructions and the verdict forms in light of the motions for directed verdict.</li></ul> |
|  | **Verdict:** |  |
|  | **Witness/Exhibit List is** |  |
|  | **Miscellaneous:** | --- |