# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| LANEY AND SAM GRINER, Plaintiffs, vs. STEVEN KING, KING FOR CONGRESS, Defendants. | **HEARING MINUTES**    Sealed: No <br> Case No.: 21-cv-4024 <br> Presiding Judge: C.J. Williams <br> Deputy Clerk: Prateek Viswanathan <br> Official Court Record: Sarah Dittmer & Shelley Semmler (Delivery of the Verdict)    Contract? No <br> Contact Information: reportingwhereur@gmail.com   SSemmlerReporting@gmail.com |

| Date: | 11/17/2022 | Start: | 8:28 AM | Adjourn: | 3:57 PM | Courtroom: | 3 | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | 8:36 AM – 8:53 AM, 9:52 AM – 10:02 AM, 11:20 AM – 3:39 PM | | | Time in Chambers: | --- | | Telephonic? | No |
| Appearances: | Plaintiff: | Steven Doniger, Michael Steger, Michael Hale | | | | | | |
| | Defendant: | Michael Blankenship | | | | | | |
| | US Probation: | --- | | | | | | |
| | Interpreter: | --- | | | Language: --- | Certified: --- | Telephone: | --- |

| **TYPE OF PROCEEDING:** | | | IS THE HEARING | Contested? | Yes | Continued from a previous date? | Yes |
|---|---|---|---|---|---|---|---|
| **TRIAL:** | Jury: X | Non-jury: | Day: 4 | | | | |

| | Motion(s): | | --- | | Ruling: | --- |
|---|---|---|---|---|---|---|
| | Time: | | Event: | | | |
| | 8:28 AM – 8:36 AM | | Met outside the presence of the jury <br> • The Court and parties discussed revised final jury instructions. <br> • The Court and parties discussed revised verdict forms. <br> • The Court denied the renewed motion for directed verdict. | | | |
| | 8:36 AM – 8:53 AM | | Recess | | | |
| | 8:53 AM – 9:52 AM | | Met outside presence of jury <br> The jury reconvened (9:06 PM) <br> • Plaintiffs conducted opening of their closing argument (9:08 AM – 9:51 AM). | | | |
| | 9:52 AM – 10:02 AM | | Recess | | | |
| | 10:02 AM – 11:20 AM | | Jury reconvened at 10:02 AM <br> • Defendant conduct closing argument (10:01 AM – 10:50 AM) <br> • Plaintiff conducts rebuttal (10:51 AM - 11:06 AM). <br> • The Court read final instructions and the verdict form to the jury. <br> • Jury sent for deliberation (11:17 AM) <br> Met outside the presence of the jury | | | |
| | 11:20 AM – 3:39 PM | | Recess | | | |
| | 3:39 PM – 3:57 PM | | Jury deliver the verdict <br> Jury excused at 3:55 PM <br> The Court accepted the verdict. | | | |

| | | |
|---|---|---|
| | **Verdict:** | In favor of plaintiff Laney Griner for defendant King for Congress on copyright infringement, in favor of defendant King on copyright infringement, in favor of both defendants for invasion of privacy. |
| | **Witness/Exhibit List is** | Attached. |
| | **Miscellaneous:** | Judge orders lunch be provided to the jury during deliberations. |