21cv4024-CJW

Your Honor:

We have reached a verdict.

/s/

11/17/2022
Date