# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| LANEY MARIE GRINER; and SAM GRINER,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>STEVEN ARNOLD KING; and KING FOR CONGRESS,<br><br>　　　　　Defendants. | Case No. 21-cv-4024-MAR-CJW<br><br>**VERDICT FORMS** |

We, the jury unanimously return the following verdicts by answering the questions submitted to us in accordance with the explanations provided.

# VERDICT FORM A (COPYRIGHT INFRINGEMENT)

1. Do you find that plaintiff Laney Griner abandoned her copyright in the Success Kid Photograph (as described in Instruction No. 15)?

　　　　　　　　　　Yes \_\_\_\_\_　　No ✓

*Instructions: If your answer to Question 1 is "No," please proceed to Question 2. If your answer to Question 1 is "Yes," please sign and date Verdict Form A, then proceed to Verdict Form B.*

2. Do you find that defendant King for Congress (either directly or acting through an agent) infringed plaintiff Laney Griner's copyright in the Success Kid Photograph?

　　　　　　　　　　Yes ✓　　No \_\_\_\_\_

*Instructions: If your answer to Question 2 is "Yes," please proceed to Question 3. If your answer to Question 2 is "No," please sign and date Verdict Form A, then proceed to Verdict Form B.*

3. Do you find defendant Steven King infringed plaintiff Laney Griner's copyright in the Success Kid Photograph (either vicariously or by acting through an agent)?

　　　　　　　　　　Yes \_\_\_\_\_　　No ✓

*Instructions: If your answer to Questions 2 or 3 was "Yes," please proceed to Question 4. If your answers to Questions 2 and 3 were "No," please sign and date Verdict Form A, then proceed to Verdict Form B.*

4. Do you find that defendants made fair use of the Success Kid Photograph (as described in Instruction No. 14)?

　　　　　　　　　　Yes \_\_\_\_\_　　No ✓

*Instructions: If your answer to Question 4 is "No," please proceed to Question 5. If your answer to Question 4 is "Yes," please sign and date Verdict Form A, then proceed to Verdict Form B.*

5. Do you find the infringement of the Success Kid Photograph was innocent, willful, or neither innocent nor willful?

Innocent ✓  Willful _____  Neither _____

*Instructions:* Please proceed to Question 6.

6. What damages do you award to Laney Griner for the infringement of her copyright in her Success Kid Photograph?

$ 750.00

*Instructions:* Sign and date this verdict form and go to Form B.

11/17/2022
Date

# VERDICT FORM B (INVASION OF PRIVACY)

1. Do you find that defendant King for Congress (either directly or acting through an agent) used plaintiff Sam Griner's likeness without consent for a commercial purpose?

    Yes _____   No ✓

*Instructions: If your answer to Question 1 is "Yes," please proceed to Question 2. If your answer to Question 1 is "No," please sign and date Verdict Form B.*

2. Do you find that defendant Steven King (either directly or acting through an agent) used plaintiff Sam Griner's likeness without consent for a commercial purpose?

    Yes _____   No _____

*Instructions: Please proceed to Question 3.*

3. What damages do you award to Sam Griner for the unauthorized commercial use of his likeness?

    $ _____

*Instructions: Sign and date this verdict form.*

/s/

11/17/2022
Date