# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3623

Laney Marie Griner

Appellee

Sam Griner

v.

Steven Arnold King

King for Congress

Appellant

_____

Appeal from U.S. District Court for the Northern District of Iowa - Western
(5:21-cv-04024-CJW)
_____

**ORDER**

The motion to substitute or amend the existing notice of appeal is denied. The amended notice of appeal will be forwarded to the district clerk in accordance with Rule 4(d) of the Federal Rules of Appellate Procedure. The briefing schedule will be held in abeyance pending transmission of the amended notice of appeal. The motion to reset the briefing schedule and to extend the deadline for Appellant's opening brief is denied as moot.

March 28, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans